An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

INI FRIDAY ODONG,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 63358

**FILED**

SEP 1 7 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a judgment of conviction, pursuant to a jury verdict, of submitting false Medicaid claims, theft, intentional failure to maintain adequate records, and obtaining and using the personal identifying information of another person for unlawful purposes. Eighth Judicial District Court, Clark County; Jerome T. Tao, Judge.

Appellant's counsel has filed a motion to voluntary withdraw this appeal. Counsel advises this court that he has informed appellant of the legal effects and consequences of voluntarily withdrawing this appeal, including that appellant cannot hereafter seek to reinstate this appeal, and that any issues that were or could have been brought in this appeal are forever waived. Having been so informed, appellant consents to a

SUPREME COURT
OF
NEVADA

(O) 1947A

13-27465

voluntary dismissal of this appeal. Cause appearing, we grant the motion and we

ORDER this appeal DISMISSED.[1]

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc:   Hon. Jerome T. Tao, District Judge
      Clark County Public Defender
      Attorney General/Carson City
      Clark County District Attorney
      Ini Friday Odong
      Eighth District Court Clerk

---

[1]Because no remittitur will issue in this matter, *see* NRAP 42(b), the one-year period for filing a post-conviction habeas corpus petition under NRS 34.726(1) shall commence to run from the date of this order.